UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH RANKINEN, <br><br> Petitioner <br><br> v. <br><br> WARDEN, SCI-FOREST, <br><br> Respondent. | CIVIL ACTION NO. 3:24-CV-01324 <br><br> (MEHALCHICK, J.) |

**ORDER**

AND NOW, this 31st day of January, 2025, upon receipt of a Notice of Election signed by Petitioner Joseph Rankinen (Doc. 18), indicating his intent to withdraw his petition for writ of habeas corpus, it is hereby ORDERED that the petition is WITHDRAWN, without prejudice to a renewed petition. The Clerk is DIRECTED to close this case.

**Dated: January 31, 2025**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**